# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **REYMUNDO ABREGO,** § | |
| Plaintiff, § | |
| V. § | C.A. C-06-490 |
| § | |
| **JO ANNE B. BARNHART,** § | |
| **COMMISSIONER OF SOCIAL** § | |
| **SECURITY ADMINISTRATION,** § | |
| Defendant. § | |

## BRIEFING SCHEDULE

This appeal of a final decision of the Commissioner of the Social Security Administration has been referred to the undersigned Magistrate Judge for review and recommendation pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. §636(b)(1)(B). The defendant has filed an answer with a certified copy of the transcript of the administrative proceedings and the matter is ready for briefing. Accordingly, it is hereby **ORDERED** that:

(1) On or before **February 8, 2007**, the plaintiff shall file a brief setting forth all errors which the plaintiff contends entitle the plaintiff to relief. Plaintiff shall specify the relief requested.

(2) On or before **March 9, 2007**, the defendant shall file his responsive brief.

Briefs are limited to 25 pages in length (double-spaced). Replies are not permitted without leave of court, but within five days of the filing of the defendant's brief, plaintiff may file a statement of supplemental authorities. Such a statement is limited to two pages in length and must, without argument, state the reasons for the supplemental citations, referring either to the page or

section of the defendant's brief.  Defendant may file a similar statement of supplemental authorities within five days of the filing, if any, of plaintiff's statement of supplemental authorities.

ORDERED this 9th day of January, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE